IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:19MJ256 |
| ASHTON BRYCE VINES, | |
| Defendant. | |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal without prejudice in the above-captioned case be granted as requested.

DATED this 7th day of June, 2019.

_____
MICHAEL D. NELSON
United States Magistrate Judge